No. 04–1571. OKAMOTO, DBA SUPREME AUTO LEASING *v.* BANK WEST CORP. C. A. 9th Cir. Certiorari denied. 

No. 04–1572. MINIX *v.* FRAZIER ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1573. DASH *v.* PATENT AND TRADEMARK OFFICE. C. A. Fed. Cir. Certiorari denied. 

No. 04–1574. WENDE C. ET VIR *v.* UNITED METHODIST CHURCH, NEW YORK WEST AREA, ET AL. Ct. App. N. Y. Certiorari denied.

No. 04–1575. CARTY *v.* GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied. 

No. 04–1576. WHITFIELD *v.* ALABAMA SECURITIES COMMISSION ET AL. C. A. 11th Cir. Certiorari denied. 

No. 04–1577. LARA *v.* STATE FARM FIRE & CASUALTY CO. C. A. 10th Cir. Certiorari denied. 

No. 04–1578. SALAZAR *v.* LEMASTER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 04–1580. SMART ET AL. *v.* WYETH. C. A. 3d Cir. Certiorari denied. 

No. 04–1582. MUSGRAVE *v.* HOYOS, ADMINISTRATIVE LAW JUDGE, HOUSING PART Q, CIVIL COURT OF THE CITY AND COUNTY OF NEW YORK. C. A. 2d Cir. Certiorari denied. 

No. 04–1585. ABERNATHY *v.* YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 04–1586. CASTILLO *v.* MCFADDEN ET AL. C. A. 9th Cir. Certiorari denied. 

No. 04–1587. PALM BEACH ISLES ASSOCIATES ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.